IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ( No. 13 C 1426

plaintiff.

Vs. ( Honorable JOHN W. DARRHA

JOHN HEMPHILL

Defendant

Defendant Amended.
2255 Support to Memorandum
of Ineffective Counsel
Fed.R.Civ.P.Rule 60,59,30

A. Fed.R.Civ.P.Rule 60........1

B. Notice of Appeal..............2

C. Statutory Authority Appointing Federal Jurisdiction.3

D. General Services Administration Authority to Appoint Receiver and Receivership......4

1. Definitions

2. Transfer of Functions

3. Transfer of Assets and Liabilities

4. Administrative property, personnel, funds and records

5. Delegation of Authority

6. Abolition of the Corporation

7. Effective Date

E. Fed.R.Civ.P Rule 59.............5

F. Reconsideration Under Medical Downward Departure......6

G. Creature of Hemphill Past and Present..........7

H. Fed.R.Civ. Rule 30......8

I. Conclusion.......9

Amended 2255 Fed.R.Civ.P.60,59,30

FILED
NOV 2 4 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

A Fed.R.Civ.P.Rule 60 (Part A.infra)

_ Notice of Appeal (Part B.infra)

_Statutory Authority Appointing

Receiver and Receivership (Part C.Infra)

_General Service Administration
Authority to Appoint Receiver
And Receivership (Part D.infra)

_Fed.R.Civ.P.Rule 59 (Part E.infra)

_Reconsideration under
Medical Downward Departure (Part F.infra)

_Creature of Hemphill
Past and Present (Inpart G.infra)

_Fed.R.Civ.P.Rule 30 (Inpart H.infra)

_Conclusion (Inpart I.infra)

A. Fed.R.Civ.P.Rule 60

Relief from a Judgment or order Rule 60 Section (6) any other reason that justifies relief Rule (a)(4)(A) Section(3)(Whether previously called intrinsic or extrinsic), Coram Nobis. Wallace v. U.S. (C.C.A.2d.1944)142.F.(2d)240,cert.den.(1944)323 U.S. 712. Fiske v. Buder(C.C.A.8th,1942)125 F.(2d)841; See more and Rogers, Federal relief from civil judgment (1941) 4 Fed. Rules Serv.942,945.

B.Notice of Appeal

using USCS Fed.Rule App Proc R.4(a)(1)(B)4(A)(4) and (C) Rule 4(a)(5)(6)

C. Statutory Authority Appointing Federal Jurisdiction

A proponent of a rule or order has the burden of proof. A sanction may not be imposed or rule or order issued a statute appoint jurisdiciton on it's face it presents it's authority ; of it's appointment unless a agency fine repetitious evidence in whole with tthe reliable, probative, and substantial evidence to override such appointment Congress opposes any sanction on appointing statute.

Government> Legislation> Interpretation

it is well settled that the court must, possible, interpret a statute so as to avoid raising grave doubts as to its validity is a scheme to deliberate directly subvert the judicial process because it threatens public injury.

A statute presents authority Federal or State on its "face" as it is an entity or person of legislation authority once the law Hemphill showed to exist authority of Federal was presented Federal Practice and Procedure 2868a 396(1995)

28 USC 1655  28 USC 2202  42 USC 1983 [5 USCS  551 et seq .]

5USC 553. Rule making proposed an. USRCA. Hemphill under Fed.R.Civ.Prac. do not have to file with the Federal Register office because person subject thereto are named and either personally served or otherwise have actual notice the notice included accordance with law, (1) A statement of the time, place, and nature of rule making proceedings;(2) Reference to the legal authority under which the rule is proposed; and (3) either the terms or substance of the proposed rule or description of the subjects and issues involved. Fed.R.Civ.Prac.

G.S.A. General Services Administration Authority to Appoint Receiver and Receivership.

230.401

Agency authority to take personnel actions in a national emergency disaster

230.402
Agency authority to make emergency indefinite appointments in a national emergency such as a rescission.

agencies shall maintain records of the action taken under section

[35 Fr 5173 mar. 27 1970]

CFR U.S .R.C.A 50 FR 20045 MAR.25 2012 which the court have in their possession as a fraudulent transaction

The arresting officer didn't allow Mr. Hemphill to respond to the bank that he sent notice to pay the Paulina Property and other properties Mr. Hemphill had in his agency also Mr. Hemphill got charged with placing invalid deeds with Cook County recorder of Deeds from a Receiver.

Special Warranty Deed does not give you ownership only give you standing to clean, secure the property and pay off debt

1. Definitions. 15 USC 609 note(67 Stat. 230, 231), as amended.

2. Transfer of Functions. December 27, 1945 (11 F.R. 3) and section 207 of the public law 132-80th Congress.

3. Transfer of assets and liabilities. Appropriation Act, 1955(68 Stat. 295)[12 USCS 1701 g-5]

4. Administrative property, personnel, funds and records. 15 USC 606[former 15 USC 606]

5. Delegation of Authority. Appropriate authorizing the performance by any officer.

6. Abolition of the Corporation

(a) The Corporation is hereby abolished.

7. Effective Date. 5 USC 906(a), or at the close of June 30, 1957.

Prepared by the President and transmitted to the Senate and the House of Representatives in Congress assembled, April 24, 1958.

Full ownership unless you pay off debts.

Which was the money Hemphill took in his possession as a receiver to pay off the banks. P.L. Black Law Dictionary C.F.

Special Warranty. U.C.C. 1-201(1)(12), U.C.C. 9-301(3). Abolition of the Reconstruction Finance Corporation.

National Bank v. Colby (1875) 88 US 609, 21 Wall 609, 22L.Ed.687.

Pacific Nat'l Bank v. Mixter (1888) 124. Amended to 12 USCS 91 U.S.R.C.A.50 FR.2057 Mar.25 2012. Code of 1986 (26

USCS

1 et seq) 58 Am jar, 2d.

Abolition of Reconstruction Finance Corporation

Rule 59. New Trial; Altering or Amending a judgment. Sec (B) after a non jury trial, for any reason for which a rehearing has heretofore been granted in a suit in equity in Federal Court. Boaz v. Mutual life Ins. Co. of New York (C.C. 8th 1944) 146 F.2d. 321.

F. Reconsideration Under Medical Downward Departure 3553(a)(2)(a)

Defendant's Cognitive Impairment in consideration of the damaged right hemisphere. (See Exhibit C)

Character of Hemphill Past and Present

Past:

Mr. Hemphill filed under statutory authority with the Secretary of State and obtained the letter of encumbrance; from Secretary, Governor, US Attorney General and Comptroller the Executive Department the letter of encumbrance gave U.S.R.C.A. authority to place abandoned and foreclosed property under State jurisdiction and receivership under special services. Also got permission from G.S.A. (General Services Administration) Management head Officers to place foreclosed and abandoned property and receivership under their authority which gives U.S.R.C.A. and Hemphill their authority and Federal jurisdiction. And also proceeded to Congressman Danny Davis' Office to proceed with the Receivership Program which gave U.S.R.C.A. Legislation Jurisdiction from Congress.

Present:

Mr. Hemphill has filed with the Federal Register's Office, O.M.B.(Office of Management and Budgeting), O.P.M.(Office of Personal Management) and now the United States Receiver's Caretaker's Association is a Federal Agency under the United States. Mr. Hemphill shows diligence to obtain every document that's needed to be a legal Federal Agency and deserves reconsideration just on his determination to please the Courts.

U.S.R.C.A. as amended at 50 F.R. 21002 Mar. 10, 2012 Library of Congress.

Fed. R. Civ. P. Rule 30

Fed. R. Civ. P. Rule 30(3)

(3) Party Witnesses. A party may take the deposition of another party without the consent of all the parties as follows:

(C) Action by the court sua sponte. Asking the court to exercise its' discretion on its' own motion order to take deposition.

(C)(4)(D)(ii)

CONCLUSION

MR. Hemphill is asking for the court to set aside the judgment for a new trial or resentencing.

# Exhibit C



INTRODUCTION    TYPES OF MEMORY    MEMORY PROCESSES    MEMORY DISORDERS    MEMORY & THE BRAIN    SOURCES & REFERENCES

Memory & the Brain

Introduction

Parts of the Brain

Neurons & Synapses

## PARTS OF THE BRAIN

The human brain is hugely interconnected but three major components can be identified: the cerebrum, the cerebellum and the brain stem.

The brainstem which includes the medulla, the pons and the midbrain, controls breathing, digestion, heart rate and other autonomic processes, as well as connecting the brain with the spinal cord and the rest of the body.

The cerebellum plays an important role in balance, motor control, but is also involved in some cognitive functions such as attention, language, emotional functions (such as regulating fear and pleasure responses) and in the processing of procedural memories.

The cerebrum (or forebrain), which makes up 75% of the brain by volume and 85% by weight, is divided by a large groove, known as the longitudinal fissure, into two distinct hemispheres. The left and right hemispheres ("left" and "right" refer to the owner's point of view, not an outside viewer's) are linked by a large bundle of nerve fibres called the corpus callosum, and also by other smaller connections called commissures.

Most of the important elements of the cerebrum, are split into symmetrical pairs in the left and right hemispheres. Thus, we often speak of the temporal lobes, hippocampi, etc (in the plural), although this website generally follows the convention of speaking of the temporal lobe, hippocampus, etc (in the singular), which should therefore be taken to mean both sides, within both hemispheres. The two hemispheres look similar, but are slightly different in structure and perform different functions. The right hemisphere generally controls the left side of the body, and vice versa, although popular notions that logic, creativity, etc, are restricted to the left or right hemispheres are largely simplistic and unfounded.

*Important structures in the human brain*
*Picture from Wikipedia*
*(http://en.wikipedia.org/wiki/Human_brain)*

The cerebrum is covered by a sheet of neural tissue known as the cerebral cortex (or neocortex), which envelops other brain organs such as the thalamus (which evolved to help relay information from the brain stem and spinal cord to the cerebral cortex) and the hypothalamus and pituitary gland (which control visceral functions, body temperature and behavioural responses such as feeding, drinking, sexual response, aggression and pleasure). The cerebral cortex itself is only 2 - 4 mm thick, and contains six distinct but interconnected layers. It is intricately grooved and folded into the familiar convoluted pattern of folds, or gyri, allowing a large surface area (typically almost $2m^2$) to fit within the confines of the skull. Consequently, more than two-thirds of the cerebral cortex is buried in the grooves, or sulci.

About 90% of all the brain's neurons are located in the cerebral cortex, mainly in the "grey matter", which makes up the surface regions of the cerebral cortex, while the inner "white matter" consists mainly of myelinated axons, over 170,000 km of them. As many as five times that number of glial cells exist to support the active nerve cells.



*Lobes of the cerebral cortex*
*Picture from Wikipedia*
*(http://en.wikipedia.org/wiki/Human_brain)*

The cerebral cortex plays a key role in memory, attention, perceptual awareness, thought, language and consciousness. It is divided into four main regions or lobes, which cover both hemispheres: the frontal lobe (involved in conscious thought and higher mental functions such as decision-making, particularly in that part of the frontal lobe known as the prefrontal cortex, and plays an important part in processing short-term memories and retaining longer term memories which are not task-based); the parietal lobe (involved in integrating sensory information from the various senses, and in the manipulation of objects in determining spatial sense and navigation); the temporal lobe (involved with the senses of smell and sound, the processing of semantics in both speech and vision, including the processing of complex stimuli like faces and scenes, and plays a key role in the formation of long-term memory); and the occipital lobe (mainly involved with the sense of sight).

The medial temporal lobe (the inner part of the temporal lobe, near the divide between the left and right hemispheres) in particular is thought to be involved in declarative and episodic memory. Deep inside the medial temporal lobe is the region of the brain known as the limbic system, which includes the hippocampus, the amygdala, the cingulate gyrus, the thalamus, the hypothalamus, the epithalamus, the mammillary body and other organs, many of which are of particular relevance to the processing of memory.

The hippocampus, for example, is essential for memory function, particularly the transference from short- to long-term memory and control of spatial memory and behaviour. The hippocampus is one of the few areas of the brain capable actually growing new neurons, although this ability is impaired by stress-related glucocorticoids. The amygdala also performs a primary role

> in the processing and memory of emotional reactions and social and sexual behaviour, as well as regulating the sense of smell.

> Another sub-cortical systems (inside the cerebral cortex) which is essential to memory function is the basal ganglia system, particularly the striatum (or neostriatum) which is important in the formation and retrieval of procedural memory.



*The Limbic System and Basal Ganglia Picture from How Stuff Works (http://people.howstuffworks.com/swearing.htm/printable)*

Back to Top of Page
Home | Contact | Search
Introduction | Types of Memory | Memory Processes | Memory Disorders | Memory & the Brain | Sources & References

© 2010 Luke Mastin

memory, human memory, types of memory, memory processes, how memory works, how human memory works

# SUBPART D -- AGENCY AUTHORITY TO TAKE PERSONNEL ACTIONS IN A NATIONAL EMERGENCY

### § 230.401 Agency authority to take personnel actions in a national emergency disaster.

(a) Upon an attack on the United States, agencies are authorized to carry out whatever personnel activities may be necessary to the effective functioning of their organizations during a period of disaster without regard to any regulation or instruction of OPM, except those which become effective upon or following an attack on the United States. This authority applies only to actions under OPM jurisdiction.

(b) Actions taken under this section shall be consistent with affected regulations and instructions as far as possible under the circumstances and shall be discontinued as soon as conditions permit the reapplication of the affected regulations and instructions.

(c) An employee may not acquire a competitive civil service status by virtue of any action taken under this section.

(d) Actions taken, and authority to take actions, under this section may be adjusted or terminated in whole or in part by OPM.

(e) Agencies shall maintain records of the actions taken under this section.

[35 FR 5173, Mar. 27, 1970]

### § 230.402 Agency authority to make emergency-indefinite appointments in a national emergency.

(a) When a national emergency exists -- (1) Definition. A national emergency must meet all of the following conditions:

(i) It was declared by the President or Congress.

(ii) It involves a danger to the United States' safety, security, or stability that results from

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this prod· restrictions and terms and conditions of the Matthew Bender Master Agreement.

specified circumstances or conditions and that is national in scope.

(iii) It requires a national program specifically intended to combat the threat to national safety, security, or stability.

(2) Termination of a national emergency. A national emergency no longer exists if it is officially terminated by the President or Congress, or if the specific circumstances, conditions, or program cited in the original declaration are terminated or corrected.

(b) Basic authority. Agencies may make emergency-indefinite appointments without OPM approval during any national emergency as defined in paragraph (a) of this section. The head of an agency with a defense-related mission may request OPM's approval to make emergency-indefinite appointments without a declared national emergency when the President has authorized the call-up of some portion of the military reserves for some military purpose. The request must demonstrate that normal hiring procedures cannot meet surge employment requirements and that use of emergency-indefinite appointments is necessary for economy and efficiency. Except as provided by paragraphs (c) and (d) of this section, agencies must make emergency-indefinite appointments from appropriate registers of eligibles as long as there are available eligibles.

(c) Appointment under direct-hire authority. An agency may make emergency-indefinite appointments under this section using the direct-hire procedures in part 337 of this chapter.

(d) Appointment noncompetitively. An agency may give emergency-indefinite appointments under this section to the following classes of persons without regard to registers of eligibles and the provisions in § 332.102 of this chapter:

(1) Persons who were recruited on a standby basis prior to the national emergency;

(2) Members of the National Defense Executive Reserve, designated in accordance with section 710(e) of the Defense Production Act of 1950, Executive Order 11179 of September 22, 1964, and applications issued by the agency authorized to implement the law and Executive Order; and

(3) Former Federal employees eligible for reinstatement.

(e) Tenure of emergency-indefinite employees. (1) Emergency-indefinite employees do not acquire a competitive status on the basis of their emergency-indefinite appointments.

(2) An emergency-indefinite appointment may be continued for the duration of the emergency for which it is made.

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(f) Trial period. (1) The first year of service of an emergency-indefinite employee is a trial period.

(2) The agency may terminate the appointment of an emergency-indefinite employee at any time during the trial period. The employee is entitled to the procedures set forth in § 315.804 or § 315.805 of this chapter as appropriate.

(g) Eligibility for within-grade increases. An emergency-indefinite employee serving in a position subject to the General Schedule is eligible for within-grade increases in accordance with Subpart D of Part 531 of this chapter.

(h) Applications of other regulations. (1) The term indefinite employee includes an emergency-indefinite employee or an employee under an emergency appointment as used in the following: parts 351, 353 of this chapter, subpart G of part 550 of this chapter, and part 752 of this chapter.

(2) The selection procedures of part 337 of this chapter apply to emergency-indefinite appointments that use the direct-hire authority under paragraph (c) of this section.

(3) Despite the provisions in § 831.201(a)(11) of this chapter, an employee serving under an emergency-indefinite appointment under authority of this section is excluded from retirement coverage, except as provided in paragraph (b) of § 831.201 of this chapter.

(i) Promotion, demotion, or reassignment. An agency may promote, demote, or reassign an emergency-indefinite employee to any position for which it is making emergency-indefinite appointments.

[44 FR 54691, Sept. 21, 1979; 60 FR 3057, Jan. 13, 1995; 68 FR 35265, 35268, June 13, 2003, as confirmed and amended at 69 FR 33271, 33274, 33275, June 15, 2004, as corrected at 69 FR 34911, June 23, 2004]

(5 U.S.C. 1104; Pub. L. 95-454, sec. 3(5))
[EFFECTIVE DATE NOTE: 69 FR 33271, 33275, June 15, 2004, revised paragraphs (c), (h)(1) and (h)(2), effective June 15, 2004.]

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

### Abolition of the Reconstruction Finance Corporation

### § 1. Definitions

As used in this reorganization plan:

(a) The term "Corporation" means the Reconstruction Finance Corporation.

(b) The term "remaining functions" means (1) all functions of the Corporation, (2) except as otherwise provided in subsections (b) and (c) of section 6 of this reorganization plan, all functions of the Secretary of the Treasury under section 10 of the Reconstruction Finance Corporation Act, as amended (15 U.S.C. 609) [former 15 USC § 609], and (3) all functions of the Secretary of the Treasury under sections 102 [former 15 USC §§ 603, 604, 609 note] and 106(b) [former 15 USC § 609 note] of the Reconstruction Finance Corporation Liquidation Act (67 Stat. 230, 231), as amended.

(c) The term "transferees" means the Housing and Home Finance Administrator, the Administrator of General Services, the Administrator of the Small Business Administration, and the Secretary of the Treasury.

### § 2. Transfer of functions

(a) There are hereby transferred to the Housing and Home Finance Administrator the remaining functions with respect to or arising out of (1) the securities and obligations of, loans made to, and contracts or other agreements with, States, municipalities, political subdivisions thereof, public agencies, boards, commissions or other public bodies, and (2) loans, securities and obligations acquired in connection with programs of financial assistance for drainage and irrigation projects.

(b) There are hereby transferred to the Administrator of General Services the remaining functions with respect to or arising out of (1) the affairs of the Smaller War Plants Corporation which were transferred to the Corporation pursuant to Executive Order No. 9665 of December 27, 1945 (11 F.R. 3) and section 207 of Public Law 132-80th Congress (61 Stat. 209), (2) the national defense, war and reconversion activities with respect to which notes of the Corporation were cancelled pursuant to the provisions of Title II of Public Law 860-80th Congress (62 Stat. 1187) [for classification, consult USCS Tables volumes], and (3) activities of the RFC Price Adjustment Board and the functions transferred to the Corporation by Executive Order No. 9841 of April 23, 1947 (12 F.R. 2645).

(c) Except as otherwise provided in sections 2(d)(1) and 2(d)(2) of this reorganization plan (relating to financial assistance to railroads, etc., and to Schedule A hereto annexed), there are hereby transferred to the Administrator of the Small Business Administration the remaining functions with respect to or arising out of programs of financial assistance to business enterprises and to victims of floods or other disasters.

(d) There are hereby transferred to the Secretary of the Treasury all functions of the Corporation not otherwise transferred by the provisions of this reorganization plan, including, but not limited to, all functions of the Corporation with respect to or arising out of (1) programs of financial assistance to railroad companies, financial institutions, and insurance companies, (2) the obligations and loans listed in Schedule A hereto annexed, and (3) the War Damage Corporation.

(e) The foregoing transfers include the transfer to each transferee, for use in executing his respective functions thereunder, of the powers, **authority**, rights, and immunities now vested in or available or applicable to the Corporation for carrying out the functions transferred to the transferee under this reorganization plan.

USCS                                                                    1

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

22826424

### § 3. Transfer of assets and liabilities

The loans, obligations, securities, capital stock, and other assets pertaining to the functions transferred by section 2 of this reorganization plan (including accrued interest thereon, and property acquired in connection therewith) and the liabilities, contracts, bonds, mortgages, notes and other instruments relating thereto are hereby transferred from the Corporation to the respective transferees: *Provided, however,* That all assets, liabilities, and commitments relating to the functions transferred by section 2(a) of this reorganization plan are hereby transferred to the Revolving Fund (Liquidating Programs) established by the Independent Offices Appropriation Act, 1955 (68 Stat. 295) [12 USCS § 1701g-5].

### § 4. Administrative property, personnel, funds and records

In addition to the transfers made by the provisions of section 3 of this reorganization plan, there shall be transferred to the Housing and Home Finance Agency, General Services Administration, Small Business Administration, and Treasury Department so much as the Director of the Bureau of the Budget shall determine to be appropriate by reason of transfers made by sections 2 and 3 of this reorganization plan of the administrative property, personnel, records, liabilities and commitments of the Corporation or of the Office of Production and Defense Lending in the Department of the Treasury and of the authorizations, allocations, and funds available or to be made available with respect to the transferred functions (including, but in no way limiting the generality of the foregoing, the **authority** to issue notes or other obligations to the Secretary of the Treasury, which may be purchased by the Secretary, under section 7 of the Reconstruction Finance Corporation Act, as amended (15 U.S.C. 606) [former 15 USC § 606], and the duty of making payments on such notes or obligations issued by or transferred to the respective transferee hereunder). In allocating the administrative expense funds applicable to the functions transferred by the provisions of this reorganization plan the said Director shall allocate and transfer to the General Services Administration as a payment on behalf of the Housing and Home Finance Agency, General Services Administration, Small Business Administration and Treasury Department such sum for rent of building space for the carrying out of the transferred functions during the fiscal year ending June 30, 1958, as the said Director shall determine. Such further measures and disposition as the Director of the Bureau of the Budget shall determine to be necessary in order to effectuate the transfers provided for in this section shall be carried out in such manner and by such agencies as the Director shall direct.

### § 5. Delegation of authority

Each transferee may from time to time make such provisions as he shall deem appropriate authorizing the performance by any officer, employee, agency, or administrative unit under his jurisdiction of any function transferred to him by the provisions of this reorganization plan.

### § 6. Abolition of the Corporation

(a) The Corporation is hereby abolished.

(b) The Secretary of the Treasury shall retire the capital stock of the Corporation and, subject to the provisions of section 4 hereof, shall pay into the Treasury, as miscellaneous receipts, all unused funds of the Corporation.

(c) Not later than June 30, 1959, the Secretary of the Treasury shall transmit a report to the Congress, which report (1) shall cover the affairs of the Corporation up to the time of the taking effect of the provisions of this reorganization plan, and (2) shall correspond to the final report

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

required by section 10 of the Reconstruction Finance Corporation Act, as amended (15 U.S.C. 609) [former 15 USC § 609]. The function of making the final report provided for in the said section 10 is hereby abolished.

### § 7. Effective date

The provisions of this reorganization plan shall take effect at the time determined under the provisions of section 6(a) of the Reorganization Act of 1949, as amended [now 5 USCS § 906(a)], or at the close of June 30, 1957, whichever is later.

Schedule A

This schedule annexed to Reorganization Plan No. 1 of 1957 lists by name and address of the obligor or borrower the obligations and loans referred to in clause (2) of section 2(d) of such reorganization plan:

| Name of obligor or borrower | Address |
|---|---|
| Alaska Plywood Corp | Juneau, Alaska. |
| Alford Refrigerated Warehouse | Dallas, Tex. |
| Braun Bros. Packing Co | Troy, Ohio. |
| Chromcraft Corp | St. Louis, Mo. |
| Civic Hotel Corp | Odessa, Tex. |
| Deep Water Terminals, Inc | Brooklyn, N. Y. |
| Detroit Steel Corp | Detroit, Mich. |
| Hal Roach Studios, Inc | Culver City, Calif. |
| Hayward Woolen Co | Whittinsville, Mass. |
| The Horle Arms Co | Deep River, Conn. |
| Jack Tar of Arkansas, Inc | Hot Springs, Ark. |
| Landers Packing Co | Denver, Colo. |
| Langley Corp | San Diego, Calif. |
| Lawton Community Hotel | Lawton, Okla. |
| Lone Star Steel Co | Dallas, Tex. |
| Louisville Builders Supply Co | Louisville, Ky. |
| Lustron Corp | Columbus, Ohio. |
| Mayfair Extension, Inc | Washington, D.C. |
| New Haven Clock & Watch Co | New Haven, Conn. |
| Oregon Fibre Products, Inc | Pilot Rock, Oreg. |
| The Prudence Co., Inc | New York, N. Y. |
| Seidelhuber Steel Rolling Mills | Seattle, Wash. |
| South Water Building Corp | Rockford, Ill. |
| South Water Machinery Corp | Do. |
| Texas Consolidated Oils | Dallas, Tex. |
| Texas Frozen Foods Corp | Harlingen, Tex. |
| Waltham Watch Co | Waltham, Mass. |
| Wheland Co | Chattanooga, Tenn. |

## REORGANIZATION PLAN NO. 1 OF 1958

Effective July 1, 1958, 23 Fed. Reg. 4991, 72 Stat. 1799, as amended Aug. 28, 1958, P. L. 85-763, 72 Stat. 861; Sept. 22, 1961, P. L. 87-296, § 1, 75 Stat. 730; Oct. 4, 1961, P. L. 87-367, Title I, § 103(10), 75 Stat. 788; Aug. 14, 1964, P. L. 88-426, Title III, § 305(11), 78 Stat. 423; Oct. 21, 1968, P. L. 90-608, Ch IV, § 402, 82 Stat. 1194; Reorg. Plan No. 1 of 1973, § 3(a), 38 F. R. 9579, 87 Stat. 1089.

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.